

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 14, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/14/2024

**MEMO ENDORSED**

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Afework Bereket*, 20 Cr. 283 (VEC)

Dear Judge Caproni:

    I am leaving the United States Attorney's Office for other employment. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance in this case.

    Thank you very much for the Court's consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
David Abramowicz
Assistant United States Attorney
(212) 637-6525

Application GRANTED.

SO ORDERED.

*[signature]*
02/14/2024
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record (by ECF)